1
2
3
4
5
6
7
8
9

MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C.  20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendant*

10
11
12

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

13
14
15
16
17
18
19
20
21

CENTER FOR BIOLOGICAL DIVERSITY
And SIERRA CLUB,

                    Plaintiffs,

          v.

Michael S. REGAN, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

                    Defendant.

**Civil Case No. 4:24-cv01900-HSG**

**ORDER**

22
23
24
25
26
27
28

          Defendant Michael S. Regan, in his official capacity as Administrator of the United

States Environmental Protection Agency ("EPA"), and Plaintiffs, Center for Biological Diversity

and Sierra Club ("Plaintiffs"), have stipulated to (1) an extension of time until June 21, 2024 for

EPA to answer or otherwise plead to the Amended Complaint in this case and (2) entry of an

order otherwise holding this case in abeyance and continuing all deadlines, including case

1

management deadlines. until September 23, 2024.  Based upon the parties' Stipulation and joint representations, the court finds good cause for both items of such requested relief.

Accordingly, It is HEREBY ORDERED that (1) EPA's stipulated request for an extension of time until June 21, 2024 to answer or otherwise plead to the Amended Complaint in this case is GRANTED, and (2) with the exception of EPA's obligation to answer or otherwise plead to the Amended Complaint in this case, all case deadlines, including case management deadlines, are HELD IN ABEYANCE until September 23, 2024.


IT IS SO ORDERED:


DATED: _____6/10/2024_____    _____
                                     UNITED STATES DISTRICT JUDGE

2