MARTIN F. McDERMOTT
martin.mcdermott@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.147
Washington, D.C.  20002
Telephone: (202) 514-4122
Facsimile: (202) 514-8865

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY And SIERRA CLUB, | Civil Case No. 4:24-cv01900-HSG |
| Plaintiffs, | **ORDER** |
| v. | |
| Michael S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, | |
| Defendant. | |

Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), and Plaintiffs, Center for Biological Diversity and Sierra Club ("Plaintiffs"), have stipulated to entry of an order holding this case in complete abeyance and continuing all deadlines, including case management deadlines and EPA's obligation to answer the Amended Complaint, until September 23, 2024.  Based upon the

1  parties' Stipulation and joint representations, the Court finds good cause for such requested
2  relief.
3      Accordingly, it is HEREBY ORDERED that (1) EPA's stipulated request for entry of an
4  order holding this case in complete abeyance and continuing all deadlines, including case
5  management deadlines and EPA's obligation to answer the Amended Complaint, until
6  September 23, 2024 is GRANTED.  All case deadlines, including case management deadlines
7  and EPA's obligation to answer the Amended Complaint, are HELD IN ABEYANCE until
8  September 23, 2024.

10      IT IS SO ORDERED:

12  DATED:  7/22/2024      *Haywood S. Gill Jr.*
    UNITED STATES DISTRICT JUDGE