ALEXANDER M. PURPURO
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street N.E., Suite 4.141
Washington D.C.  20001
Telephone (202) 514-9771

*Attorney for Defendant*

ROBERT UKEILEY, Admitted *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (720) 496-8568
Email: rukeiley@igc.org

[additional attorneys for Plaintiffs included in signature block]

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> LEE M. ZELDIN, in his official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 4:24-cv-01900-HSG <br><br> **STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Defendant Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency (hereinafter, "EPA"), and Plaintiffs Center for Biological Diversity and Sierra Club (collectively, "Plaintiffs") file this stipulation

notifying the Court that the parties have agreed to extend the deadline for Plaintiffs to file a motion for costs of litigation (including attorneys' fees) by 120 days from the date of this stipulation and proposed order. The aforementioned deadline is set forth in Paragraph 11 of the Consent Decree entered by the Court on December 17th, 2024 (Dkt. No. 28). Paragraph 6 of the consent decree provides, inter alia, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court …." Consent Decree ¶ 6.

WHEREAS, the Consent Decree provides that "[t]he deadline for filing a motion for costs of litigation (including attorneys' fees) for activities performed prior to entry of the Consent Decree is hereby extended until ninety (90) days after this Consent Decree is entered by the Court."

WHEREAS, the parties have negotiated a settlement of Plaintiffs' claim for costs of litigation, including attorneys' fees, for activities performed prior to entry of the Consent Decree but require additional time for payment.

WHEREAS, therefore, in order to allow time to complete payment, the parties have agreed to an extension of the deadline for filing a motion for costs of litigation (including attorneys' fees) from 90 days after the date the Consent Decree was entered, to 120 days after the date of this stipulation.

NOW THEREFORE, Plaintiffs and EPA hereby stipulation as follows:

1. Plaintiffs' deadline to file a motion for costs of litigation (including attorneys' fees) as outlined in Paragraph 11 of the Consent Decree is extended to 120 days after the date of this stipulation.

Dated: March 14, 2025          Respectfully submitted,

/s/ Robert Ukeiley
ROBERT UKEILEY, Admitted Pro Hac Vice
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (720) 496-8568
Email: rukeiley@igc.org

Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7100 (Ext. 338)
Email: wpark@biologicaldiversity.org

*Counsel for Plaintiffs*

/s/ Alexander M. Purpuro
ALEXANDER M. PURPURO
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street N.E., Suite 4.141
Washington D.C.  20001
Tel. (202) 514-9771
Email: Alexander.Purpuro@usdoj.gov

*Counsel for Defendant*

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   3/17/2025

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ENLARGE TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
CASE NO. 4:24-cv-01900-HSG
Page 3